IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>SUBPOENA ISSUED BY M. COHEN AND SONS, INC. | Miscellaneous Action<br><br>No. _ _ _ _ _ _ _ |

**M. COHEN AND SONS, INC.'S NOTICE OF MOTION TO COMPEL COMPLIANCE WITH THE SUBPOENAS DIRECTED TO STEVEN HOLL ARCHITECTS**

This matter arises from a proceeding currently pending before the United States District Court for the District of New Jersey (the "Underlying Litigation"). In connection with the Underlying Litigation, M. Cohen and Sons, Inc. ("MCS") issued a subpoena from that Court (the "Subpoena"), to compel the production of certain materials and correspondence in the custody of Steven Holl Architects ("Holl"), a New York corporation.

In accordance with Federal Rules of Civil Procedure 45(d), (f), and (g), MCS moves before this Honorable Court for an Order compelling Holl to comply with the Subpoena. In support of this Motion, MCS incorporates by reference the facts, legal arguments, and authorities set forth in the Brief in Support filed contemporaneously herewith.

As set forth more fully in the accompanying Brief, the discovery that MCS seeks from Holl is critical to the claims and defenses at issue in the Underlying Litigation.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

Dated: September 9, 2021

/s/ Barry J. Muller, Esq.
Barry J. Muller, Esq. (BJM 5305)
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, New Jersey 08648-2311
Tel: (609) 895-6722 /Fax: (609) 896-1469
Email: BMuller@FoxRothschild.com
*Attorneys for M. Cohen and Sons, Inc*